# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 19, 2016

## NO. 03-15-00033-CV

**Richard Velsor, Appellant**

**v.**

**Claire Elko, Appellee**

## APPEAL FROM 353RD DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD
## DISMISSED AS MOOT -- OPINION BY JUSTICE FIELD

This is an appeal from the judgment signed by the trial court on August 27, 2014. Having reviewed the record, the Court agrees that the appeal should be dismissed. Therefore, the Court dismisses the appeal as moot. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.